IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EDWARD LEE BROWN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 1:23-cv-19-AW-MJF**

**MICHAEL NIGH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 2 report and recommendation. ECF No. 5. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The case will be dismissed for failure to disclose all litigation history. I note that Plaintiff has filed a proposed amended complaint, ECF No. 8, but that does not cure his earlier failure to timely disclose.

The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of the judicial process." The clerk will then close the file.

SO ORDERED on April 3, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge